Nov. Term,
1861.

POPHAM
v.
SNIDER.

----•◆•----

POPHAM v. SNIDER.

APPEAL from the *Kosciusko* Circuit Court.

*Per Curiam.*—In this case, no question is raised except as to the correctness of the ruling of the Court below on a motion for a continuance. On the supposition that the ruling was erroneous, the error was waived, as no new trial was asked for. *Kent* v. *Lawson*, 12 Ind. 675.

The judgment below is affirmed, with 5 per cent. damages and costs.

*H. C. Newcomb* and *J. Tarkington*, for the appellant.